## W-2 Wage and Tax Statement 2005 — REISSUED STATEMENT

**Employer:** BAKER HUGHES OILFIELD OPERATIONS, 1010 RANKIN ROAD, HOUSTON TX 77073

**Employee:** DAVID W DREYER, 8914 WIND SIDE DRIVE, HOUSTON TX 77040

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 70024.81 |
| 2 | Federal income tax withheld | 10806.83 |
| 3 | Social security wages | 72964.58 |
| 4 | Social security tax withheld | 4523.80 |
| 5 | Medicare wages and tips | 72964.58 |
| 6 | Medicare tax withheld | 1057.99 |
| 12a | C | 13.17 |
| 12b | D | 2939.77 |
| 13 | Retirement plan | X |

(Four identical copies of the W-2 appear on the page: Copy C for Employee's Records; Copy 2 to be filed with Employee's STATE Income Tax Return; Copy B to be filed with Employee's FEDERAL Tax Return; Copy 2 to be filed with Employee's CITY or LOCAL Income Tax Return.)

BHI/KS 00529

D

## Copy C — W-2 Wage and Tax Statement 2006

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 76957.01 |
| 2 | Federal income tax withheld | 14425.27 |
| 3 | Social security wages | 80190.88 |
| 4 | Social security tax withheld | 4971.83 |
| 5 | Medicare wages and tips | 80190.88 |
| 6 | Medicare tax withheld | 1162.77 |
| 12a | C | 18.12 |
| 12b | D | 3233.87 |

Employer: BAKER HUGHES OILFIELD OPERATIONS, 1010 RANKIN ROAD, HOUSTON TX 77073

**REISSUED STATEMENT**

Employee: DAVID W DREYER, 8914 WIND SIDE DRIVE, HOUSTON TX 77040

Box 13: Retirement plan — X

Copy C For Employee's records

## Copy 2 — W-2 Wage and Tax Statement 2006 (STATE)

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 76957.01 |
| 2 | Federal income tax withheld | 14425.27 |
| 3 | Social security wages | 80190.88 |
| 4 | Social security tax withheld | 4971.83 |
| 5 | Medicare wages and tips | 80190.88 |
| 6 | Medicare tax withheld | 1162.77 |
| 12a | C | 18.12 |
| 12b | D | 3233.87 |

Employer: BAKER HUGHES OILFIELD OPERATIONS, 1010 RANKIN ROAD, HOUSTON TX 77073

**REISSUED STATEMENT**

Employee: DAVID W DREYER, 8914 WIND SIDE DRIVE, HOUSTON TX 77040

Box 13: Retirement plan — X

Copy 2 To Be Filed With Employee's STATE Income Tax Return

## Copy B — W-2 Wage and Tax Statement 2006 (FEDERAL)

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 76957.01 |
| 2 | Federal income tax withheld | 14425.27 |
| 3 | Social security wages | 80190.88 |
| 4 | Social security tax withheld | 4971.83 |
| 5 | Medicare wages and tips | 80190.88 |
| 6 | Medicare tax withheld | 1162.77 |
| 12a | C | 18.12 |
| 12b | D | 3233.87 |

Employer: BAKER HUGHES OILFIELD OPERATIONS, 1010 RANKIN ROAD, HOUSTON TX 77073

**REISSUED STATEMENT**

Employee: DAVID W DREYER, 8914 WIND SIDE DRIVE, HOUSTON TX 77040

Box 13: Retirement plan — X

Copy B To Be Filed With Employee's FEDERAL Tax Return

## Copy 2 — W-2 Wage and Tax Statement 2006 (CITY or LOCAL)

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 76957.01 |
| 2 | Federal income tax withheld | 14425.27 |
| 3 | Social security wages | 80190.88 |
| 4 | Social security tax withheld | 4971.83 |
| 5 | Medicare wages and tips | 80190.88 |
| 6 | Medicare tax withheld | 1162.77 |
| 12a | C | 18.12 |
| 12b | D | 3233.87 |

Employer: BAKER HUGHES OILFIELD OPERATIONS, 1010 RANKIN ROAD, HOUSTON TX 77073

**REISSUED STATEMENT**

Employee: DAVID W DREYER, 8914 WIND SIDE DRIVE, HOUSTON TX 77040

Box 13: Retirement plan — X

Copy 2 To Be Filed With Employee's CITY or LOCAL Income Tax Return

## W-2 Wage and Tax Statement 2007 (Copy C — Employee's records)

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 28327.80 |
| 2 | Federal income tax withheld | 5718.03 |
| 3 | Social security wages | 29517.20 |
| 4 | Social security tax withheld | 1830.07 |
| 5 | Medicare wages and tips | 29517.20 |
| 6 | Medicare tax withheld | 428.00 |
| 12a | C | 5.76 |
| 12b | D | 1189.40 |
| 13 | Retirement plan | X |

Employer: BAKER HUGHES OILFIELD OPERATIONS, 1010 RANKIN ROAD, HOUSTON TX 77073

**REISSUED STATEMENT**

Employee: DAVID W DREYER, 8914 WIND SIDE DRIVE, HOUSTON TX 77040

## W-2 Wage and Tax Statement 2007 (Copy 2 — State)

Same amounts as above. Employer: BAKER HUGHES OILFIELD OPERATIONS, 1010 RANKIN ROAD, HOUSTON TX 77073. REISSUED STATEMENT. Employee: DAVID W DREYER, 8914 WIND SIDE DRIVE, HOUSTON TX 77040.

## W-2 Wage and Tax Statement 2007 (Copy B — Federal)

Same amounts as above. Employer: BAKER HUGHES OILFIELD OPERATIONS, 1010 RANKIN ROAD, HOUSTON TX 77073. REISSUED STATEMENT. Employee: DAVID W DREYER, 8914 WIND SIDE DRIVE, HOUSTON TX 77040.

## W-2 Wage and Tax Statement 2007 (Copy 2 — City/Local)

Same amounts as above. Employer: BAKER HUGHES OILFIELD OPERATIONS, 1010 RANKIN ROAD, HOUSTON TX 77073. REISSUED STATEMENT. Employee: DAVID W DREYER, 8914 WIND SIDE DRIVE, HOUSTON TX 77040.

BHI/KS 00531